# EXHIBIT B

```
          COURT DOCKET -  MADISON COUNTY CIRCUIT CLERK
Case: 2022LA001185           CONLIN DEBORAH vs SYNGENTA CROP PROTECTI            DATE: 2022-10-19
Type: WRONGFUL DEATH (OVER 50K)    Judge: THRELKELD CHRISTOPHER P Jury Trial:    TIME: 10.17.41
From: 00/00/0000 To: 99/99/9999 All Case Entries      First Date First View
Filed: 9/22/2022   Status: Open Case on 9/22/2022
            CASE PARTICIPANTS NAMES                              ATTORNEYS
            -----------------------                              ---------
PLA         CONLIN DEBORAH                                       SUBSTITUTED PARTY
PLA         CONLIN DEBORAH INDIVIDUALLY AND AS SPECIAL ADMI      ROMANI ALLYSON M
DEF         SYNGENTA CROP PROTECTION LLC
DEF         SYNGENTA AG
DEF         CHEVRON USA INC

DATE
----------
09/22/2022 OTHER FILING DOCUMENT 20220922WINDERSEOA FOR AMR
           Plaintiff CONLIN DEBORAH Defendant SYNGENTA CROP PROTECTION LLC
09/22/2022 COMPLAINT-WINDERS JOHN FILED BY Plaintiff CONLIN DEBORAH
09/22/2022 WRONGFUL DEATH (OVER 50K) Fee $314.00 FILED BY
           Plaintiff CONLIN DEBORAH
09/22/2022 MOTION TO APPOINT SPECIAL ADMINISTRATOR- WINDERS JOHN FILED BY
           Plaintiff CONLIN DEBORAH
09/22/2022 EXHIBIT MOT TO APPT SPAM EX A FILED BY Plaintiff CONLIN DEBORAH
09/22/2022 JA Assignment Order HON. CHRISTOPHER THRELKELD S/MUDGE
           Document JAORDER.DOC Was Printed
09/28/2022 ORDER- DEBORAH CONLIN IS APPOINTED SPECIAL ADMINISTRATOR. S/O C/M
           SIGNED BY JUDGE THRELKELD CHRISTOPHER P
09/30/2022 SERVICE LIST FILED BY Plaintiff CONLIN DEBORAH INDIVIDUALLY AN
10/03/2022 SUMMONS ISSUED AND SENT TO P/A VIA EFILE ISSUED
           Defendant CHEVRON USA INC Defendant SYNGENTA CROP PROTECTION LLC
           Document SU30DAY.DOC Not Printed
10/07/2022 SERVICE LIST FILED BY Plaintiff CONLIN DEBORAH INDIVIDUALLY AN
10/07/2022 ALIAS SUMMONS Fee $5.00 FILED BY
           Plaintiff CONLIN DEBORAH INDIVIDUALLY AN
10/07/2022 OTHER FILING DOCUMENT SUMMONS THAT WAS NOT SERVED FILED BY
           Plaintiff CONLIN DEBORAH INDIVIDUALLY AN
           NONSERVED DUE TO NAME INCORRECT.
10/07/2022 ALIAS SUMMONS ISSUED AND SENT TO P/A VIA EFILE ISSUED
           Defendant SYNGENTA CROP PROTECTION LLC
           Document SUALIAS.DOC Not Printed
```