# EXHIBIT C

| | |
|---|---|
| **From:** | Reisman, Sharyl A. |
| **To:** | Butler, Patrick L.; Belott, Debra R.; Scheiderer, Megan |
| **Cc:** | Bailey, Amelia; Naresh, Ragan; Welch, Heather Danielle; Roth, Yaakov M. |
| **Subject:** | RE: PQ - Conlin Removal in Illinois |
| **Date:** | Wednesday, October 19, 2022 10:22:12 AM |

> **This message is from an EXTERNAL SENDER**
> Be cautious, particularly with links and attachments.

We consent. Thanks.

Sharyl A. Reisman
Partner
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, NY 10281-1047
Office +1.212.326.3405
Cell +1.914.536.5681
sareisman@jonesday.com

---

**From:** Butler, Patrick L. <patrick.butler@kirkland.com>
**Date:** Wednesday, Oct 19, 2022, 9:34 AM
**To:** Belott, Debra R. <dbelott@JonesDay.com>, Reisman, Sharyl A. <sareisman@JonesDay.com>, Scheiderer, Megan <Megan.Scheiderer@huschblackwell.com>
**Cc:** Bailey, Amelia <amelia.bailey@kirkland.com>, Naresh, Ragan <ragan.naresh@kirkland.com>, Welch, Heather Danielle <heather.welch@kirkland.com>
**Subject:** PQ - Conlin Removal in Illinois

**\*\* External mail \*\***

Chevron team,

Please let us know if you consent to the removal of the attached case from Madison County Circuit Court to the Southern District of Illinois, which also names Chevron as a defendant.

Many thanks,

Patrick

**Patrick L. Butler**
------------------------------------------------------------
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
**T** +1 202 389 3225 **M** +1 202 718 2516
------------------------------------------------------------
patrick.butler@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***